| | |
|---|---|
| **FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by Caliber Home Loans, Inc., as its attorney in fact<br>R.A. LEBRON, ESQ.<br>VER925<br>bankruptcy@feinsuch.com | *Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| In Re:<br><br>DEADRA R. FOSTER and ALLAN D. FOSTER<br><br>  Debtor(s). | Case No.: 14-26015 ABA<br><br>Chapter: 13<br><br>Judge: HONORABLE JUDGE ANDREW B. ALTENBURG, JR. |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by Caliber Home Loans, Inc., as its attorney in fact</u>. This party is a party in interest in this case pursuant to a mortgage dated December 18, 2006 and recorded in the Office of the CAMDEN County Clerk/Register on January 3, 2007 in Mortgage Book 8430, Page 1961, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                              Counsellors at Law
                              7 Century Drive - Suite 201
                              Parsippany, New Jersey 07054

        DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

| | |
|---|---|
| | **FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by Caliber Home Loans, Inc., as its attorney in fact |
| Dated: <u>November 20, 2019</u> | By: <u>/s/ R.A. LEBRON, ESQ.</u><br>     R.A. LEBRON, ESQ. |

Case No.: 14-26015 ABA